Opinion issued October 1, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00801-CV

———————————

In
re james shu, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

 

MEMORANDUM OPINION

          Relator, James Shu, has filed a petition
for writ of mandamus.  Relator challenges
the trial court’s August 27, 2010 “Order Granting Motion to Vacate.”[1]  

          

 

          We deny
relator’s petition for writ of mandamus. 


PER CURIAM

Panel consists of Justices Keyes, Higley, and Bland.











[1]           The
respondent is The Honorable Al Bennett, Presiding Judge of the 61st Judicial
District Court of Harris County.  The
underlying suit is James Shu v. Di Yu,
Fujin (Shanghai) Restaurant, and YWHC, L.L.C., No. 2009–46275 (61st Dist.
Court, Harris County, Tex.).